**No. 11-7372. Juan P. Lua-Guizar, Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1044, 181 L. Ed. 2d 768, 2012 U.S. LEXIS 109.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 656 F.3d 563.

**No. 11-7375. Ricardo Godfrey Pinder, Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1044, 181 L. Ed. 2d 768, 2012 U.S. LEXIS 45.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 437 Fed. Appx. 816.

**No. 11-7380. X. D., Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1045, 181 L. Ed. 2d 768, 2012 U.S. LEXIS 100.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 832.

**No. 11-7381. Keahmbi Coleman, Petitioner v. United States.**

565 U.S. 1129, 132 S. Ct. 1045, 181 L. Ed. 2d 768, 2012 U.S. LEXIS 10.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 655 F.3d 480.

**No. 11-7382. Ramon De Jesus-Viera, Petitioner v. United States.**

565 U.S. 1130, 132 S. Ct. 1045, 181 L. Ed. 2d 768, 2012 U.S. LEXIS 97.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 655 F.3d 52.

**No. 11-7383. James Doyle, Petitioner v. United States.**

565 U.S. 1130, 132 S. Ct. 1045, 181 L. Ed. 2d 768, 2012 U.S. LEXIS 177.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 438 Fed. Appx. 288.

**No. 11-7385. Kevin Lamont Walker, Petitioner v. United States.**

565 U.S. 1130, 132 S. Ct. 1045, 181 L. Ed. 2d 768, 2012 U.S. LEXIS 70.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 443 Fed. Appx. 823.

**No. 11-7386. Felix Garcia-Tobias, aka Alejandro Garcia-Torres, Petitioner v. United States.**

565 U.S. 1130, 132 S. Ct. 1047, 181 L. Ed. 2d 768, 2012 U.S. LEXIS 55.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 438 Fed. Appx. 278.